# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JUDITH QUANT

### DEFENDANTS
PENNSYLVANIA REAL ESTATE INVESTMENT TRUST; BOSCOVS DEPARTMENT STROE, LLC, ET AL

**(b)** County of Residence of First Listed Plaintiff: Southampton, NJ
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Philadelphia
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Prince P. Holloway, Esq; Stampone O'Brien Dilsheimer Law; 500 Cottman Ave, Phila., PA; 215-663-9112

Attorneys *(If Known)*
D.J. Dawson, Esq. for Def Pennsylvania Real Estate Investment Trust; 436 Walnut St, Phila PA; 215-845-6166

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [x] 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
- **Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S. Code 1332

Brief description of cause:
Personal injury cause of action. Plaintiff resident of NJ. Defendant in Commonwealth of PA

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 150,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions:)* JUDGE _____ DOCKET NUMBER _____

DATE: Oct 31, 2023
SIGNATURE OF ATTORNEY OF RECORD: *D.J. Dawson*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| Judith Quant | : | CIVIL ACTION |
| v. | : | |
| Pennsylvania Real Estate Investment Trust, Boscov's Department Store, Boscov's Department Store | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   (✓)

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   ( )

| | | |
|---|---|---|
| 10-31-23 | D.J. Dawson | Defendant, Pennsylvania Real Estate Investment Trust |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-845-6166 | 215-569-0284 | dj.dawson@bunkerray.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __186 Dorchester Drive, Southampton, NJ 08088__

Address of Defendant: __2005 Market Street, Phila., PA 19103__

Place of Accident, Incident or Transaction: __Moorestown, Burlington County, New Jersey__

---

*RELATED CASE IF ANY:*
Case Number:_____ Judge:_____ Date Terminated_____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit Pending or within one year previously terminated action in this court?  Yes ☐  No ☑
3. Does this case involve the validity or infringement of a patent already in suit or any earlier Numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☑
4. Is this case a second or successive habeas corpus, social security appeal, or pro se case filed by the same individual?  Yes ☐  No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any now pending or within one year previously terminated action in this court except as note above.

DATE: 10/31/23   _D.J. Dawson_   __322235__
   Attorney-at-Law *(Must sign above)*   Attorney I.D. # *(if applicable)*

---

**Civil (Place a √ in one category only)**

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Wage and Hour Class Action/Collective Action
6. ☐ Patent
7. ☐ Copyright/Trademark
8. ☐ Employment
9. ☐ Labor-Management Relations
10. ☐ Civil Rights
11. ☐ Habeas Corpus
12. ☐ Securities Cases
13. ☐ Social Security Review Cases
14. ☐ Qui Tam Cases
15. ☐ All Other Federal Question Cases. *(Please specify)*:_____

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☑ Other Personal Injury *(Please specify)*: __slip/fall__
7. ☐ Products Liability
8. ☐ All Other Diversity Cases: *(Please specify)*_____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration)*

I,_____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2 § 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
   Attorney-at-Law *(Sign here if applicable)*   Attorney ID # *(if applicable)*

NOTE: A trial de novo will be a jury only if there has been compliance with F.R.C.P. 38.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUDITH QUANT<br><br>    Plaintiff<br><br>v.<br><br>PENNSYLVANIA REAL ESTATE INVESTMENT TRUST, BOSCOV'S DEPARTMENT STORE, LLC, and BOSCOV'S DEPARTMENT STORE<br><br>    Defendants | CIVIL ACTION<br><br>NO. |

## **NOTICE OF REMOVAL**

  AND NOW, comes Defendant Pennsylvania Real Estate Investment Trust, for the purpose only of removing the cause to the United States District Court for the Eastern District of Pennsylvania and respectfully avers as follows:

  1. This is a civil action filed and now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, at September Term, 2023, No. 03240.

  2. The action was instituted by Plaintiff by filing a Complaint on September 29, 2023. Thereafter, a copy of the Complaint was received by Defendant on October 12, 2023, service being by personal service.

  3. A copy of the Complaint is attached hereto and marked Exhibit "A". No other process, pleadings, or Orders have been served upon Defendant.

  4. The amount in controversy with respect to the claim of each Plaintiff exceeds the sum of One Hundred Fifty Thousand Dollars ($150,000.00), exclusive of interest and costs.

  5. The averments made in this Notice of Removal are true and correct with respect to the date upon which suit was commenced and the date upon which this Notice is being filed.

6. This is a suit of a civil nature and involves a controversy between citizens of different states. Plaintiff is a citizen of the State of New Jersey. Defendant, Pennsylvania Real Estate Investment Trust is a corporation, organized under the laws of the Commonwealth of Pennsylvania with its principal place of business at 2005 Market Street, Philadelphia, PA 19103.

7. Defendant, Pennsylvania Real Estate Investment Trust has simultaneously, with the filing of this Notice, given written notice to Plaintiff's Counsel of record via email.

8. Defendant, Pennsylvania Real Estate Investment Trust also is filing a copy of the instant Notice of Removal and all attachments hereto with the Prothonotary of the Court of Common Pleas of Philadelphia County.

WHEREFORE, Defendant Pennsylvania Real Estate Investment Trust hereby removes this suit to this Honorable Court, pursuant to the laws of the United States in such cases made and provided.

Respectfully submitted,

DATED: October 31, 2023

BUNKER & RAY
BY: D.J. DAWSON

Bar No. 322235
436 Walnut Street, WA01A
Philadelphia, Pennsylvania 19106
(215) 845-6150 (Tel); (215) 569-0284 (Fax)
dj.dawson@bunkerray.com
Attorneys for Defendant Pennsylvania Real Estate Investment Trust

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUDITH QUANT<br><br>Plaintiff<br><br>v.<br><br>PENNSYLVANIA REAL ESTATE INVESTMENT TRUST, BOSCOV'S DEPARTMENT STORE, LLC, and BOSCOV'S DEPARTMENT STORE<br><br>Defendants | CIVIL ACTION<br><br>NO. |

**CERTIFICATION OF SERVICE**

I, D.J. DAWSON, attorney for Defendant Pennsylvania Real Estate Investment Trust, hereby certify that I caused a copy of the Notice of Removal to be filed electronically on October 31, 2023. This document is now available for viewing and downloading from the ECF system by counsel named below:

Prince P. Holloway, Esquire
Stampone O'Brien Dilsheimer Law
500 Cottman Avenue
Cheltenham, PA  19012

BUNKER & RAY
BY:  D.J. DAWSON

_____
Bar No. 322235
436 Walnut Street, WA01A
Philadelphia, Pennsylvania 19106
(215) 845-6150 (Tel); (215) 569-0284 (Fax)
dj.dawson@bunkerray.com
Attorneys for Defendant Pennsylvania Real Estate Investment Trust

# EXHIBIT A

## Court of Common Pleas of Philadelphia County
### Trial Division
# Civil Cover Sheet

**For Prothonotary Use Only (Docket Number)**
SEPTEMBER 2023   03240
E-Filing Number: 2309061842

| | |
|---|---|
| **PLAINTIFF'S NAME**<br>JUDITH QUANT | **DEFENDANT'S NAME**<br>PENNSYLVANIA REAL ESTATE INVESTMENT TRUST |
| **PLAINTIFF'S ADDRESS**<br>186 DORCHESTER DRIVE<br>SOUTHAMPTON NJ 08088 | **DEFENDANT'S ADDRESS**<br>THE BELLEVUE 200 S.BROAD STREET<br>PHILADELPHIA PA 19102 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>BOSCOV'S DEPARTMENT STORE |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS**<br>400 NJ 38<br>MORRESTOWN NJ 08057 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>BOSCOV'S DEPARTMENT STORE, INC. |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS**<br>4500 PERKIOMEN AVENUE<br>READING PA 19606 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 3 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal<br>[ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

**AMOUNT IN CONTROVERSY**
[ ] $50,000.00 or less
[X] More than $50,000.00

**COURT PROGRAMS**
[ ] Arbitration  [ ] Mass Tort  [ ] Commerce  [ ] Settlement
[X] Jury  [ ] Savings Action  [ ] Minor Court Appeal  [ ] Minors
[X] Non-Jury  [ ] Petition  [ ] Statutory Appeals  [ ] W/D/Survival
[ ] Other:

**CASE TYPE AND CODE**
2S - PREMISES LIABILITY, SLIP/FALL

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
SEP 29 2023
C. SMITH

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES    NO

---

**TO THE PROTHONOTARY:**
Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: JUDITH QUANT
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>PRINCE HOLLOWAY | ADDRESS<br>500 COTTMAN AVENUE<br>CHELTENHAM PA 19012 |
|---|---|
| PHONE NUMBER<br>(215)663-0400 | FAX NUMBER<br>(215)663-9112 |
| SUPREME COURT IDENTIFICATION NO.<br>209591 | E-MAIL ADDRESS<br>pholloway@stamponelaw.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>PRINCE HOLLOWAY | DATE SUBMITTED<br>Friday, September 29, 2023, 01:25 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

STAMPONE O'BRIEN DILSHEIMER
BY: PRINCE P. HOLLOWAY, ESQUIRE
Attorney I.D. No. 209591
500 Cottman Avenue
Cheltenham, PA 19046
(215) 663-0400
Attorney for Plaintiff(s)

*Filed and Attested by the Office of Judicial Records 29 SEP 2023 01:25 pm C. SMITH*

**MAJOR JURY**
**JURY TRIAL DEMANDED**

| | |
|---|---|
| JUDITH QUANT | COURT OF COMMON PLEAS PHILADELPHIA COUNTY |
| Plaintiff | TERM, 2023 |
| vs. | |
| PENNSYLVANIA REAL ESTATE INVESTMENT TRUST, et al. | NO. |
| Defendants | |

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance person-ally or by attorney and filing in writing with the court your defense objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.<br><br>You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.<br><br>Philadelphia Bar Association<br>Lawyer Referral<br>and Information Service<br>One Reading Center<br>Philadelphia, PA 19107<br>(215) 238-1701 | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea a visado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede pere dinero o sus propiedades u otros derechos importantes para usted.<br><br>Lleva esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.<br><br>Asociacion de Licenciados<br>de Filadelfia<br>Servicio de Referencia e<br>Informacion Legal<br>One Reading Center<br>Filadelfia, PA 19107<br>(215) 238-1701 |

Case ID: 230903240

STAMPONE O'BRIEN DILSHEIMER
BY: PRINCE P. HOLLOWAY, ESQUIRE
Attorney I.D. No. 209591
500 Cottman Avenue
Cheltenham, PA 19046
(215) 663-0400
Attorney for Plaintiff(s)

**MAJOR JURY**
**JURY TRIAL DEMANDED**

| | |
|---|---|
| JUDITH QUANT<br>186 Dorchester Drive<br>Southampton, NJ 08088<br>Plaintiff<br>vs.<br><br>PENNSYLVANIA REAL ESTATE<br>INVESTMENT TRUST<br>The Bellevue<br>200 S. Broad Street<br>Philadelphia, PA 19102<br>    AND<br>BOSCOV'S DEPARTMENT STORE, LLC<br>4500 Perkiomen Avenue<br>Reading, PA 19606<br>    AND<br>BOSCOV'S DEPARTMENT STORE<br>400 NJ-38<br>Morrestown, NJ 08057<br>Defendants | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>TERM, 2023<br><br>NO. |

## COMPLAINT IN CIVIL ACTION
## PERSONAL INJURY; SLIP AND FALL, PREMISES LIABILITY; 2120

    1.     Plaintiff, Judith Quant, is an individual and citizen of the State of New Jersey, residing therein at 186 Dorchester Drive, Southampton, NJ 08088.

    2.     Defendant, Pennsylvania Real Estate Investment Trust, is alleged and therefore averred to be individuals, a corporation, partnership and/or other business entity, licensed to transact business in the Commonwealth of Pennsylvania, with a regular place of business located therein at The Bellevue, 200 S. Broad Street, Philadelphia, PA 19102.

3. Defendant, Boscov's Department Store, LLC, is alleged and therefore averred to be a corporation, partnership and/or other business entity, licensed to transact business in the Commonwealth of Pennsylvania, with a regular place of business located therein at 4500 Perkiomen Avenue, Reading, PA 19606.

4. Defendant, Boscov's Department Store, is alleged and therefore averred to be a corporation, partnership and/or other business entity, licensed to transact business in the Commonwealth of Pennsylvania, with a regular place of business located therein at 400 NJ-38, Morrestown, NJ 08057.

5. On or about December 20, 2021, at approximately 12:30 p.m., the Plaintiff, Judith Quant, was lawfully shopping in the Boscov's Department Store located in the Moorestown Mall, located at 400 NJ-38, in Burlington County, NJ, when she was caused to slip, trip and otherwise fall to the ground after tripping over the transition strip between the carpet and the tile flooring, causing her to suffer severe and serious injuries and damages as more fully described below.

6. At all times relevant hereto, one or more of the Defendants owned, managed, possessed, leased, controlled or was otherwise responsible for the maintenance of the areas outside of said premises, including the sidewalk where Plaintiff fell, located at 400 NJ-38, Morrestown, NJ 08057.

7. This accident resulted solely from the negligence, carelessness and recklessness of one or more of the Defendants and was due in no manner whatsoever to any act or failure to act on the part of the Plaintiff.

8. As a result of the aforesaid accident, the Plaintiff has suffered injuries which are serious and permanent in nature, including, but not limited to: a closed displaced left patella

fracture requiring ORIF surgery; contusions, lacerations and abrasions over various portions of her body; severe and permanent scarring and disfigurement; post traumatic anxiety and depression; severe damage to her nerves and nervous system; and various other ills and injuries which the Plaintiff yet suffers and may continue to suffer for an indefinite time into the future.

9. As a further result of the aforesaid accident, Plaintiff has been obliged to receive and undergo medical attention and care and to incur various and diverse expenses, all of which the Plaintiff may continue to expend and incur for an indefinite time into the future.

10. As a further result of the aforesaid accident, Plaintiff has or may suffer a severe loss of her earnings and impairment of her earning capacity and power, all of which may continue indefinitely into the future.

11. As a further result of the aforesaid accident, the Plaintiff has suffered severe physical pain and trauma, mental upset and anguish and humiliation and may continue to suffer the same for an indefinite time into the future.

12. As a further result of the aforesaid accident, the Plaintiff has suffered a diminution in her ability to enjoy life and life's pleasures, all of which may continue indefinitely into the future.

## COUNT I
## JUDITH QUANT V. ALL DEFENDANTS

13. Plaintiff hereby incorporates by reference Paragraphs 1 through 12 as if the same were herein set forth at length.

14. The negligence, carelessness and recklessness of the Defendants, Pennsylvania Real Estate Investment Trust, Boscov's Department Store, LLC and Boscov's Department Store, its agents, servants, workmen and/or employees, consist of, but is not limited to:

Case ID: 230903240

a. failing to maintain and repair the area, specifically the transition strip, in a condition which would protect and safeguard persons lawfully upon said premises;

b. permitting said area, specifically the transition strip, to become and remain defective so as to constitute a menace, danger, nuisance and/or trap to persons lawfully upon Defendant's premises;

c. failing to have the area, specifically the transition strip, inspected at reasonable intervals in order to determine the condition of same;

d. failing to warn persons using said area, specifically the transition strip, of these dangerous conditions;

e. allowing broken concrete to exist on said transition strip;

f. failure to barricade and/or otherwise post warning signs so as to protect and safeguard Plaintiff and other persons lawfully upon said premises;

g. failing to use due care under the circumstances;

h. negligence, carelessness and recklessness at law;

i. such other and further acts of negligence, carelessness and recklessness as will be developed by future discovery in this case.

15. The negligence, carelessness and recklessness of the Defendants, Pennsylvania Real Estate Investment Trust, Boscov's Department Store, LLC and Boscov's Department Store, its agents, servants, workmen and/or employees, was the proximate and sole cause of the injuries and damages to the Plaintiff and expenses incurred as set forth above.

WHEREFORE, Plaintiff, Judith Quant, demands judgment against the Defendants, Pennsylvania Real Estate Investment Trust, Boscov's Department Store, LLC, and Boscov's

Case ID: 230903240

Department Store, its agents, servants, workmen and/or employees, jointly and severally, in an amount in excess of Fifty Thousand ($50,000.00) Dollars.

Respectfully submitted,

STAMPONE O'BRIEN DILSHEIMER LAW

BY: *Prince Holloway*
PRINCE P. HOLLOWAY, ESQUIRE
Attorney for Plaintiff(s)

Case ID: 230903240

## VERIFICATION

PRINCE P. HOLLOWAY, ESQUIRE, states that he is the attorney for the Plaintiffs herein, that he is acquainted with the facts set forth in the foregoing Complaint, that the same are true and correct to the best of his information, knowledge and belief and that this statement is made subject to the penalties of 18 Pa. C.S.A., Section 4904, relating to unsworn falsification to authorities.

                                                    */s/ Prince P. Holloway*
                                              **PRINCE P. HOLLOWAY, ESQUIRE**
                                              *Attorney for Plaintiff*

Case ID: 230903240

# EXHIBIT B

# BUNKER & RAY
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| ALLEN R. BUNKER<br>(215) 845-6151<br>GREG A. RAY<br>(215) 845-6152<br>MAY MON POST<br>(215) 845-6154<br>MARIE SARKEES BARBICH<br>(215) 845-6155<br>DAVID A. YOUNG++<br>(412) 456-8062<br>ALSO ADMITTED IN WV<br>++REPLY TO PITTSBURGH OFFICE<br>JASON A. PLAZA<br>(215) 845-6167 | 436 WALNUT STREET, WA01A<br>PHILADELPHIA, PA 19106<br>(215) 845-6150<br>FAX (215) 569-0284<br><br>PITTSBURGH OFFICE++<br>120 FIFTH AVENUE, SUITE 2201<br>PITTSBURGH, PA 15222<br>(412) 456-8005<br><br>WWW.BUNKERRAY.COM<br>NOT A PARTNERSHIP OR PROFESSIONAL<br>CORPORATION<br>Employees of ACE American Insurance Company, a Chubb Company | JOSEPH P. BATASTINI<br>(215) 845-6172<br>D.J. DAWSON<br>(215) 845-6166<br>ELIZABETH R. HALL<br>(215) 845-6180<br>ALSO ADMITTED IN NJ<br>MICHAEL R. HARDING<br>(215) 845-6179<br>ALSO ADMITTED IN NJ<br>BRUCE A. OWENS<br>(215) 845-6019<br><br>*OF COUNSEL*:<br>CAREN LITVIN<br>BRENDAN D. HENNESSY<br>WILLIAM J. GAGLIARDINO++ |

October 31, 2023

VIA EMAIL
Prince P. Holloway, Esquire
Stampone O'Brien Dilsheimer Law
500 Cottman Avenue
Cheltenham, PA  19012

   Re: <u>Quant, Judith v. Pennsylvania Real Estate Investment Trust, et al.</u>
      Our File Number: PA0-320129 - DJD

Dear Mr. Holloway:

 Enclosed please find a Notice to Plaintiff advising that a Notice of Removal has been filed in the United States District Court for the Eastern District of Pennsylvania.

 Thank you for your attention to this matter.

           Very truly yours,
           BUNKER & RAY

           D.J. DAWSON

DJD:smo
Encl.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUDITH QUANT<br><br>　　　　　　Plaintiff<br><br>v.<br><br>PENNSYLVANIA REAL ESTATE INVESTMENT TRUST, BOSCOV'S DEPARTMENT STORE, LLC, and BOSCOV'S DEPARTMENT STORE<br><br>　　　　　　Defendants | CIVIL ACTION<br><br>NO. |

**NOTICE TO PLAINTIFF**

TO:　　JUDITH QUANT

　　　c/o:　　Prince P. Holloway, Esquire
　　　　　　　Stampone O'Brien Dilsheimer Law
　　　　　　　500 Cottman Avenue
　　　　　　　Cheltenham, PA  19012

　　Defendant Pennsylvania Real Estate Investment Trust, by and through its counsel, has/have filed a Notice of Removal in the United States District Court for the First District of Pennsylvania, removing to that Court a civil action previously pending in the Court of Common Pleas of Philadelphia County, entitled <u>Quant, Judith v. Pennsylvania Real Estate Investment Trust, et al.</u>, <u>September</u> Term, <u>2023</u>, No. <u>03240</u>.

DATED:  October 31, 2023　　　　　　BUNKER & RAY
　　　　　　　　　　　　　　　　　BY:  D.J. DAWSON

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Bar No. 322235
　　　　　　　　　　　　　　　　　436 Walnut Street, WA01A
　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19106
　　　　　　　　　　　　　　　　　(215) 845-6150 (Tel); (215)569-0284 (Fax)
　　　　　　　　　　　　　　　　　dj.dawson@bunkerray.com
　　　　　　　　　　　　　　　　　Attorneys for Defendant Pennsylvania Real Estate Investment Trust